IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAMONTE LAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   13-198-SCW |
| | ) |
| BRAD ROBERT, JULIUS FLAGG, and NINA HOWER, | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendant BRAD ROBERT was granted summary judgment on May 18, 2015, by an Order entered Judge Michael J. Reagan (Doc. 48).

The remaining issues came before this Court for jury trial.    The issues have been tried and the jury has rendered its verdict (Doc. 82) in favor of Plaintiff LAMONTE LAKE and against Defendants JULIUS FLAGG and NINA HOWER in the amount of $1.00 in compensatory damages, against Defendant JULIUS FLAGG in the amount of $ 5,000.00 in punitive damages, and against Defendant NINA HOWER in the amount of $ 5,000.00 in punitive damages.

THEREFORE, judgment is entered in favor of Defendant **BRAD ROBERT** and against Plaintiff **LAMONTE LAKE.**    Judgment is entered in favor of Plaintiff **LAMONTE LAKE** and against Defendants **JULIUS FLAGG** and **NINA HOWER** jointly and severally in the amount of $1.00 (one dollar), against Defendant **JULIUS FLAGG** in the amount of $5,000.00 (five thousand), and against Defendant **NINA HOWER** in the amount of $5,000.00 (five thousand), for a total of $10,001.00 (ten thousand and one dollars).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule

59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 21st day of July, 2016

        **JUSTINE FLANAGAN, ACTING CLERK**

        **BY:** */s/ Angela Vehlewald*
            **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
    **United States Magistrate Judge**
    **Stephen C. Williams**